# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Richard Molina Sanipatin ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-120 |
| U.S. Attorney General, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Molina Sanipatin                              .

Date: 4/2/2025

*Attorney's signature*

JoAnn A. Dodge 269459
*Printed name and bar number*

212 Coolidge Ave
Manchester, NH 03102

*Address*

jdodge@dodgelawoffice.com
*E-mail address*

(617) 804-1529
*Telephone number*

(888) 810-6165
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
U.S. Attorney General

Conventionally Served:
U.S. Department of Homeland Security, Secretary
U.S. Customs and Border Protection
Scott Nichols, Sr.; Juan G. Bernal

__4/2/2025__
Date

_____
Signature