UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

RICHARD MOLINA SANIPATIN,                )
                                         )
        Petitioner,                      )
                                         )
        v.                               )
                                         )        Case No. 25-cv-120-PB-TSM
PAMELA BONDI, ATTORNEY GENERAL,          )
U.S. DEPARTMENT OF JUSTICE;              )
KRISTI NOEM, SECRETARY OF THE U.S.       )
DEPARTMENT OF HOMELAND SECURITY;         )
PETE R. FLORES, ACTING DIRECTOR,         )
U.S. CUSTOMS AND BORDER PROTECTION;      )
JUAN G. BERNAL, CHIEF PATROL AGENT       )
OF HOULTON SECTOR; CHRIS BRACKETT,       )
SUPERINTENDENT, STRAFFORD COUNTY         )
DEPARTMENT OF CORRECTIONS.               )
                                         )
        Respondents.                     )
_____  )

NOTICE REGARDING TRANSER OF PETITIONER

This case was recently transferred to this Court from the District of Maine.  DN 9.  The

Magistrate Judge conducted a preliminary review of the case, and issued a procedural order that

was filed on April 9, 2025, and entered today, April 10, 2025 at 4:09 p.m.  The procedural order

requires the respondents to provide the Court with at least 72 hours advance notice of any

scheduled removal or transfer of the petitioner out of this Court's jurisdiction.  *Id*.  The

procedural order was transmitted to The Office of the Principal Legal Advisor (OPLA) for ICE

today at 4:15 p.m.  Counsel for OPLA located the petitioner's record and informed undersigned

counsel at 5:38 p.m. that the petitioner had been transferred from the Strafford County House of

Corrections to the Torrance Estrancia Detention Center in New Mexico on April 8, 2025.

Respectfully submitted,

John J. McCormack
Acting United States Attorney

Dated:  April 10, 2025

/s/ Robert J. Rabuck
Robert J. Rabuck
Assistant U.S. Attorney
Chief, Civil Division
NH Bar No. 2067
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
rob.rabuck@usdoj.gov