UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Richard Molina Sanipatin</u>**

    v.                                    Case No. 25-cv-120-PB-TSM

**<u>Pamela Bondi,</u>**
**<u>Attorney General, United States, et al.</u>**

### **<u>ORDER</u>**

Federal detainee Richard Molina Sanipatin has filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241. When proceedings commenced in this Court, Sanipatin was in custody at the Strafford County Correctional Facility in Dover, New Hampshire. Doc. 9 at 1. Sanipatin has since been transferred out of state and is now being held at Torrance Estrancia Detention Center in New Mexico. <u>See</u> Doc. 10.

In a status conference with this Court on April 16, 2025, counsel for the petitioner represented that the principal relief sought was a bond hearing in front of an Immigration Judge, or release absent the required hearing. On May 9, 2025, the Court directed the Clerk to inquire of both counsel for the petitioner and counsel for the respondent as to the status of requested bond hearing. Counsel for the respondent, through U.S. Immigration and Customs

Enforcement, informed the Court that a bond hearing was conducted on May 8, 2025.

Given that Sanipatin had his bond hearing, the habeas petition before this Court appears to be now moot. Accordingly, the petitioner shall show cause within seven (7) days as to why the petition should not be dismissed without prejudice as moot.

SO ORDERED.

        /s/Paul Barbadoro
Paul J. Barbadoro
United States District Judge

Date: May 9, 2025

cc:    Counsel of Record