UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Richard Molina Sanipatin**

    v.                                                                   Case No. 25-cv-120-PB-TSM

**Pamela Bondi,**
**Attorney General, United States, et al.**

**ORDER**

    Federal detainee Richard Molina Sanipatin filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241, on March 24, 2025. When proceedings commenced in this Court, Sanipatin was in custody at the Strafford County Correctional Facility in Dover, New Hampshire. Doc. 9 at 1. Sanipatin has since been transferred out of state and is now being held at the Torrance Estrancia Detention Center in New Mexico. See Doc. 10.

    In a status conference on April 16, 2025, counsel for the petitioner represented that the principal relief sought was a bond hearing in front of an Immigration Judge, or release absent the required hearing. Counsel for the petitioner requested that this Court retain jurisdiction despite Sanipatin's custodial transfer out of the District of New Hampshire. At the conclusion of the status conference, the Court asked that the petitioner file a brief

supporting the jurisdictional claim and set a filing deadline of April 23, 2025. The petitioner did not file any briefing or make a motion.

On May 9, 2025, the Court directed the Clerk to inquire of both counsel for the petitioner and counsel for the respondent as to the status of requested bond hearing. Counsel for the respondent, through U.S. Immigration and Customs Enforcement, informed the Court that a bond hearing was conducted on May 8, 2025.

Given that Sanipatin had his bond hearing, the Court ordered the petitioner to show cause why this habeas corpus petition is not now moot. See Doc. 17. In that order, the Court set a filing deadline of May 16, 2025. Id. The petitioner has not filed any response in compliance with the Court's show cause order. Accordingly, I conclude the claim for relief is now moot and dismiss the petition without prejudice. The Clerk shall enter judgment in accordance with this order and close the case.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

May 23, 2025

cc:  Counsel of Record