UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Molina Sanipatin

v.                                    Case No. 25-cv-120-PB-TSM

US Attorney General, et. al.

JUDGMENT

In accordance with the Order by Judge Paul Barbadoro dated May 23, 2025, judgment is hereby entered.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: May 27, 2025

cc: Counsel of Record